**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 25 2022**

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

<u>CAPTAIN GRANT MITCHELL SAXENA, USA, RETIRED</u>, Plaintiff

v.

<u>THE LAW OFFICES OF TRAY STEPHANY,</u>

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

# COMPLAINT

> ### NOTICE
>
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Grant Mitchell Saxena
5725 Corporate Way
Ste 206
#3044
West Palm Beach, FL 33407
(442) 229-4026
grant.saxena@gmail.com

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:

Trayson Nicholas Stephany, Esq.
The Law Offices of Tray Stephany
3780 S Broadway
#111
Englewood, CO 80113
(303) 981-0594
traystephany@denverlawyernow.com

2

C.  **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____  Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

__X__  Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _Florida_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of Colorado.

Defendant 1 has its principal place of business in Colorado.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: **Legal Malpractice: *§13-80-102, C.R.S.***

Supporting facts:

1. Retained law offices of tray stephany for criminal defense representation of a first time offense, misdemeanor 3 case which closed on January 26th 2020.

2. Law office failed to submit relevant quantum defense evidence to the district attorney before trial. An example: a picture of Captain Saxena being physically attacked from a home security camera on the night in question was sent to Stephany, Esq. and he did not forward the photo to the DA.

3. At trial, Stephany did not obtain any expert medical witnesses from veterans affairs to give a viable defense for Captain Saxena, a 100% service-disabled adult. Proof of lack of defense was sent by the Denver DA, who filed a 404b and Limine motions just days before trial mentioning these issues. The lack of professional representation to form any sort of defense resulted in a quadruple maximum sentence including six (6) months jail time, one (1) year probation, max fines, thirty (30) mandatory classes in nine (9) months, daily urine analysis without underlying substance or alcohol basis, and restitution.

4. Business defendant law offices charged the plaintiff for post-trial restitution hearing services, then intentionally did not acquire additional available evidence to prevent court ordered fines. The law office again did not submit relevant information to the court or DA prior to the hearing. For example: pictures of the allegedly damaged property of a DJ controller working publicly were given to the defense attorney - yet not filed in court.

5. Law offices did not attempt to rectify ethical shortcomings within their judicial profession nor offer any type of refund for complete lack of services rendered. One email from Stephany who had been fully paid $8,000.00 before the Denver, CO restitution hearing states on May 14, 2019, 10:27 AM:
*"I am not sending my pi to a club to inspect s controller. That is unrealistic.
You don't dictate terms to me either." Stephany, Esq.*

4

## E.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

1. Monetary relief for attorney fees of $8,000.00, court fines of $2,300.00, loss of freedom and ability to earn wages at prior equivalent salary for six months incarceration equals $30,000.00, granted at a multiple of three based on Colorado's treble damage recourse theory. Captain Saxena also suffered permanent nerve damage and bodily harm to his right arm. The nerve damage resulted from months of forced jail labor executed as a vulnerable disabled veteran who was coerced without medication to engage in daily manual labor. Under medical protections ordered by social security / veterans affairs doctors and judges, Captain Saxena was not legally fit to work in the forced jail jobs, therefore entitlement to suffering relief is due. Total request for relief is $120,900.00

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/s/ *[signature: C.S. A. Retired]*    /s/ *[signature: Captain Grant Mitchell Saxena]*

*19 January 2022*

Captain Grant Mitchell Saxena, USA, Retired
5725 Corporate Way
Suite 206
#3044
West Palm Beach, FL 33407
(442) 229-4026
grant.saxena@gmail.com

6